UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Vickie Gould

          Plaintiff,

v.                                        Case No.: 1:14−cv−06771
                                         Honorable John Z. Lee

Marianos

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2015:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 10/14/15. Plaintiff's counsel reports that the parties have agreed to a settlement, but have to address Plaintiff's status with Medicare. This case is placed on the Court's suspended trial calendar. Status hearing set for 12/3/15 at 9:15 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.