**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Vickie Gould

                    Plaintiff,

v.                                        Case No.: 1:14−cv−06771
                                                 Honorable John Z. Lee

Marianos

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 3, 2015:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 12/3/15. The parties report that they settled the case. This case is dismissed without prejudice; the dismissal will become with prejudice on 1/8/16. If necessary, the case may be reinstated prior to 1/8/16. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.